[860 NYS2d 412]

In the Matter of ATTORNEYS IN VIOLATION OF JUDICIARY LAW § 468-a AND 22 NYCRR 118.1, Respondents. ATTORNEY GRIEVANCE COMMITTEES FOR THE FOURTH JUDICIAL DEPARTMENT, Petitioner.

Fourth Department, July 11, 2008

**OPINION OF THE COURT**

Per Curiam.

Petitioner moved to suspend respondents on the ground that they violated Judiciary Law § 468-a and 22 NYCRR 118.1 by failing to comply with attorney registration requirements. Petitioner alleged in support of the motion that respondents failed to respond to numerous written notices concerning their delinquency sent by the Office of Court Administration and by petitioner. This Court, by order entered January 17, 2008, directed respondents to show cause by the filing of a written re-

sponse why an order should not be entered suspending them for their failure to comply with attorney registration requirements. Respondents failed to respond to the order to show cause.

The failure to comply with attorney registration requirements is a violation of Judiciary Law § 468-a and 22 NYCRR 118.1 and constitutes professional misconduct warranting the imposition of discipline (*see Matter of Rinaldi*, 304 AD2d 271 [2003]). Accordingly, we conclude that respondents, who are named on the attached list, should be immediately suspended until further order of this Court.

| Name | Year Admitted | Attorney Registration # |
| --- | --- | --- |
| Yishaiya Abosch | 1995 | 2671790 |
| Soon Mo Ahn | 1991 | 2380376 |
| Susan W. Allport | 1975 | 1235498 |
| David P. Andross | 1974 | 1483197 |
| Randall S. Archibald | 1975 | 1338524 |
| Nasser Anthony Ashgriz | 1997 | 2844538 |
| Edward M. Barth | 1979 | 2354728 |
| Bruce C. Beringer | 1974 | 1697317 |
| Robert A. Bernstein | 1984 | 1913300 |
| Lawrence A. Beyer | 1984 | 1941368 |
| Dianne E. Boyle | 1993 | 2518504 |
| David A. Brady | 1977 | 1602465 |
| Richard T. Bruno | 1982 | 1787647 |
| J. Stephen Buchanan | 1986 | 2057099 |
| Ann L. Burrows | 1978 | 1448943 |
| Jackson W. Casey | 1976 | 2146009 |
| Robert Allen Cassalia | 1977 | 1415066 |
| Karen Anne Rockow Chalmers | 1990 | 2309912 |
| Aaron G. Chambers | 1982 | 1822444 |
| Stephen G. Cheikes | 1975 | 1411149 |
| Ru-Guei Ruby Chiang | 1991 | 2375079 |
| Ching-Ling Chu | 1994 | 2563591 |
| David J. Cichanowicz | 1986 | 2053015 |
| James C. Collins | 1967 | Never Registered |
| Caren M. Cook | 1991 | 2374569 |
| Jon E. Cooper | 1981 | 1712504 |
| John B. Cosgrove | 1957 | 1212737 |
| J. David Covert | 1981 | 1905959 |
| Edwin Teal Cox, Jr. | 1968 | 2569184 |
| Mary E. Curtin | 1973 | 2275782 |
| Daniel M. Danhauser | 1991 | 2424299 |

| Name | Year Admitted | Attorney Registration # |
|---|---|---|
| Wesley A. Daniels | 1977 | 1410547 |
| Karen A. Deeley | 1996 | 2719557 |
| Kenneth DeGasper | 1957 | Never Registered |
| David J. Delamater | 1999 | 2955201 |
| David W. Doherty | 1984 | 1935915 |
| Daniel Sullivan Drury | 1993 | 2508018 |
| Michael E. Dunlavey | 1978 | 2017929 |
| Leslie Duval-Crowley | 1979 | 1752104 |
| Sheridan Dye | 1985 | 1968239 |
| Sylvia Edwards | 1974 | 2155802 |
| Stefan Epstein | 1976 | 1439454 |
| Ronald Leon Fancher | 1966 | 1644509 |
| Roseanne Faraci | 1983 | 1874403 |
| Christine Haight Farley | 1995 | 2659498 |
| Michael D. Freedman | 1994 | 2592079 |
| Elda Fuernkranz | 1989 | 2229417 |
| Stephen F. Furcinito | 1991 | 2402196 |
| Robert L. Furst | 1979 | 1350404 |
| Michael W. Gibson | 1968 | 1536994 |
| Robert K. Glatter | 1979 | 1884840 |
| Martha B. Grandinetti | 1981 | 1793785 |
| Ronald P. Graziano | 1990 | 2331866 |
| Maria Kenney Hadley | 2000 | 3012150 |
| Norman Jeremiah Haggerty | 1967 | 2772101 |
| Andrew M. Harkness | 1968 | 1422278 |
| Terry C. Havens | 1991 | 2391142 |
| Douglas R. Hawkins | 1992 | 2482529 |
| Theodore G. Hess | 1979 | 1231265 |
| Jay T. Jenkins | 1984 | 1932912 |
| Christopher L. Johnson | 1994 | 2606234 |
| Harold T. Judd | 1989 | 2287266 |
| Byoung Chan Kim | 1989 | 2301455 |
| Janie E. Kong | 1995 | 2667400 |
| Kenneth H. Koo | 1983 | 2273530 |
| Myron B. Kurtzman | 1970 | 1755354 |
| Maria Luisa A. Laneve | 1985 | 1978592 |
| Henry Alan Langer | 1981 | 2679306 |
| Richard L. LaVarnway | 1996 | 2761674 |
| Edward W. Lavery | 1963 | 2215861 |
| Seukjoon Lee | 2000 | 3052370 |
| Chechun Liu | 1991 | 2421550 |
| Frances Liu | 1991 | 2375558 |
| Diane E. Lockner | 1981 | 1743764 |

| Name | Year Admitted | Attorney Registration # |
|------|---------------|-------------------------|
| James C. Lockwood | 1974 | 1696772 |
| Cathy M. Lojewski | 1984 | 1932508 |
| Phyllis P. Macsheain | 1975 | 1303510 |
| Molly Ann Mahany | 1999 | 2955797 |
| Kathleen A. Majewski | 1981 | 1710581 |
| William J. Marshall | 1987 | 2148047 |
| William A. Marvin | 1974 | 1300326 |
| Michael S.M. McAleer | 1981 | 1708049 |
| William F. McFarland | 1980 | 1699404 |
| Dianna Lee McGraw | 1987 | 2103083 |
| Daniel J. McGuire | 1996 | 2737260 |
| Dennis P. Monteith | 1975 | 1378751 |
| Eric D. Morris | 1995 | 2649929 |
| Carrie P. Morrison | 1986 | 2030773 |
| James F. Mulhern | 1972 | 1761261 |
| Martin S. Mullen | 1977 | 1169838 |
| Katharine Helen Muncaster | 1999 | 2977130 |
| Robert E. Murphy | 1977 | 1619188 |
| Lashmirani K. Natarajan | 1996 | 2776904 |
| Kimberly A. Neal | 1992 | 2456838 |
| Vicki A. Newman | 1981 | 1708155 |
| Hoang T. Nguyen | 1993 | 2553493 |
| Donald V. Nihoul | 1985 | 2053999 |
| John F. O'Connor | 1974 | 1343433 |
| George N. Papageorge | 1995 | 2645927 |
| Youn S. Park | 1996 | 2780518 |
| Arlynn A. Parker | 1980 | 1783042 |
| Christopher Patterson | 1990 | 2305423 |
| Raymond L. Payne | 1983 | 1851815 |
| Sandra F. Plezia | 1987 | 2103836 |
| Robert J. Potenza | 1982 | 1828540 |
| Annette Hartman Purper | 1994 | 2583433 |
| Suzanne J. Quinn | 1997 | 2807220 |
| Harold W. Rathbun, III | 1998 | 2864130 |
| Clyde W. Rea | 1974 | 1614940 |
| Mark A. Regan | 1998 | 2880334 |
| Laura S. Reiman | 1988 | 2157030 |
| Sheila M. Rembert | 1992 | 2445534 |
| Lewis H. Ripple | 1998 | 2872497 |
| Raymond M. Rizzi | 1984 | 1916568 |
| Melissa Robertson | 1990 | 2325041 |
| Carlos R. Santiago | 1981 | 1731892 |
| Jerome Saskowski | 1989 | 2263135 |

| Name | Year Admitted | Attorney Registration # |
|------|---------------|-------------------------|
| Karl C. Schaffenburg | 1989 | 2270247 |
| Steven D. Searls | 1989 | 2278489 |
| Cheon-Seok Seo | 2001 | 3972817 |
| Joseph S. Sewell | 1977 | 1358837 |
| Richard P. Shafer | 1979 | 1414325 |
| Kathy Ann Spencer | 1987 | 2212405 |
| Charles S. Spinner, Jr. | 1997 | 2828309 |
| Lance J.M. Steinhart | 1986 | 2066041 |
| Peter A. Strong | 1990 | 2307056 |
| Michael P. Sullivan | 1988 | 2198463 |
| Diane M. Szkotak | 1988 | 2157097 |
| Kathleen R. Terry | 1993 | 2537959 |
| Christopher J. Thomas | 1986 | 2103927 |
| Douglas P. Thompson | 1995 | 2645661 |
| George D. Vanepps | 1971 | 1013564 |
| David P. VanKnapp | 1975 | 1298017 |
| Jeffrey S. Vogt | 2000 | 3015542 |
| Laura Wagner | 1994 | 2604031 |
| Emil J. Warchol | 1971 | 1438936 |
| Kathleen A. Welch | 1992 | 2451474 |
| Joseph M. Wentland | 2000 | 3055142 |
| Mark E. Whittingham | 1997 | 2803906 |
| Eric C. Williams | 1966 | 1748185 |
| Philip Mark Witzling | 2001 | 3969227 |
| Sandra K. Woodward (Sandra Kay Lamb) | 1981 | 1737519 |
| David Alan Wright | 1997 | 2789295 |

HURLBUTT, J.P., SMITH, CENTRA, PERADOTTO and GORSKI, JJ., concur.

Order of suspension entered.